## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

EARNEST ROBINSON,  :

    Plaintiff,  :

vs.  :  CA 06-0421-KD-C

MICHAEL J. ASTRUE,  :
Commissioner of Social Security,

    :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 29, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 25th day of July, 2007.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**